Richard Zank, Administrator of the Estate of Lillian Zank, Deceased, Plaintiff-Appellee, v. Chicago, Rock Island and Pacific Railroad Company, and Edna Stangle, Defendants-Appellants.

Gen. No. 47,339.

First District, First Division.

July 1, 1960.

Erwin W. Roemer, of Chicago (Erwin W. Roemer, Joseph P. Carr, of counsel) for Chicago, Rock Island and Pacific Railroad Company, appellant; Charles D. Snewind, of Chicago, for Edna Stangle, defendant-appellant; Joseph Barbera, of Chicago, for appellee. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.**